| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hyman, Paul G. | 2. Court or Organization U S Bankruptcy Court, SD FL | 3. Date of Report 08/17/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Suite 801
1515 N Flagler Drive
West Palm Beach, FL 33401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 1987 Trustee | Trust # 1 |
| 2. | 1987 Trustee | Trust # 2 |
| 3. | 2010 Trustee | ▓▓ ‖ Trust |
| 4. | 2012 Trustee | Trust #3 |
| 5. | 2012 Trustee | Trust #4 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Associate at Searcy Denney et al-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FL Bar | 01/22/2014 to 01/23/2014 | Reunion, FL | Committee meeting | Transportation, meals, parking and lodging |
| 2. | ABI | 02/06/2014 to 02/08/2014 | San Juan, Puerto Rico | CLE | Transportation, meals, lodging and parking |
| 3. | ABI | 03/14/2014 to 03/15/2014 | Tampa, FL | CLE | Transportation, meals, parking and lodging |
| 4. | FL Bar | 05/21/2014 to 05/26/2014 | Vancouver, Canada | Committee meeting | Transportation, meals, parking and lodging |
| 5. | UM Law School | 06/09/13 | Miami, FL | CLE | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | FL Bar | 06/25/2014 to 06/26/2014 | Kissimmee, FL | Committee meeting | Transportation, food, parking and lodging |
| 7. | FL Bar | 08/29/2014 to 09/01/2014 | Naples, FL | Committee meeting | Transportation, food, parking and lodging |
| 8. | FL Bar | 11/05/2014 to 11/07/2014 | Tampa and Miami | CLE | Transportation, food, parking and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A10 Networks Inc | A | Dividend | | | Buy | 03/21/14 | K | | |
| 2. | | | | | Sold | 04/09/14 | K | D | |
| 3. Administradora Fondos Pensione | A | Dividend | | | Buy | 03/12/14 | K | | |
| 4. | | | | | Sold (part) | 06/03/14 | K | B | |
| 5. | | | | | Sold (part) | 06/05/14 | J | A | |
| 6. | | | | | Sold (part) | 06/06/14 | J | A | |
| 7. | | | | | Sold | 06/11/14 | J | A | |
| 8. AEP INDS | A | Dividend | | | Buy | 05/21/14 | K | | |
| 9. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 10. | | | | | Sold (part) | 07/18/14 | K | B | |
| 11. | | | | | Sold | 07/22/14 | K | B | |
| 12. America First | A | Dividend | L | T | Buy | 01/28/14 | L | | |
| 13. Astrazi Neca PLC | A | Dividend | K | T | Buy | 05/19/14 | K | | |
| 14. | | | | | Buy (add'l) | 07/24/14 | K | | |
| 15. Banco Santander SA | A | Dividend | | | Buy | 04/09/14 | L | | |
| 16. | | | | | Sold | 11/17/14 | K | C | |
| 17. BP Prudhoe Bay TR | A | Distribution | K | T | Buy | 12/09/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Celledex Therapeutics Inc | A | Dividend | K | T | Buy | 11/10/14 | L | | |
| 19. | | | | | Buy (add'l) | 11/13/14 | L | | |
| 20. | | | | | Sold | 11/17/14 | L | D | |
| 21. | | | | | Buy | 12/18/14 | K | | |
| 22. Cisco Sys Inc | A | Dividend | L | T | Buy | 08/14/14 | K | | |
| 23. CVR Energy | A | Distribution | L | T | Buy | 03/26/14 | L | | |
| 24. Delhaize Group | A | Dividend | | | Buy | 05/07/14 | K | | |
| 25. | | | | | Sold | 09/08/14 | K | A | |
| 26. Dipexium Pharaceeuticals Inc | A | Dividend | | | Buy | 03/13/14 | K | | |
| 27. | | | | | Sold (part) | 04/08/14 | K | B | |
| 28. | | | | | Sold | 04/30/14 | J | A | |
| 29. Enteromedics Inc | A | Dividend | | | Buy | 01/31/14 | K | | |
| 30. | | | | | Sold | 04/07/14 | K | C | |
| 31. EV Energy Partners LP | A | Distribution | | | Buy | 11/28/14 | K | | |
| 32. | | | | | Sold | 12/09/14 | K | A | |
| 33. Galena Biophara Inc | A | Dividend | | | Buy | 01/15/14 | J | | |
| 34. | | | | | Sold | 02/14/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 04/16/14 | J | | |
| 36. | | | | | Sold | 04/28/14 | J | B | |
| 37. Garrison Cap Inc | A | Dividend | L | T | Buy | 07/17/14 | L | | |
| 38. Glaxosmithkline PLC | A | Distribution | | | Buy | 07/23/14 | L | | |
| 39. | | | | | Sold | 10/09/14 | K | B | |
| 40. Growth Fund America | A | Distribution | M | T | Buy | 06/17/14 | K | | |
| 41. | | | | | Buy (add'l) | 08/14/14 | K | | |
| 42. Hi-Crush Partners | A | Distribution | | | Buy | 04/03/14 | K | | |
| 43. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 44. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 45. | | | | | Buy (add'l) | 08/29/14 | K | | |
| 46. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 47. | | | | | Sold | 10/02/14 | L | C | |
| 48. Himax Technologies Inc | A | Dividend | | | Buy | 04/14/14 | K | | |
| 49. | | | | | Sold | 05/08/14 | K | B | |
| 50. Intel Corp | A | Dividend | K | T | Buy | 04/01/14 | K | | |
| 51. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kellogg CO | A | Dividend | | | Buy | 04/04/14 | K | | |
| 53. | | | | | Buy | 06/04/14 | K | | |
| 54. | | | | | Sold | 10/15/14 | L | D | |
| 55. Knightbridge Shipping LTD | A | Dividend | | | Buy | 01/09/14 | K | | |
| 56. | | | | | Sold | 03/11/14 | L | D | |
| 57. | | | | | Buy | 11/13/14 | K | | |
| 58. | | | | | Sold | 11/21/14 | K | B | |
| 59. Legacy RESVS LP | A | Distribution | | | Buy | 05/28/14 | K | | |
| 60. | | | | | Buy (add'l) | 10/03/14 | K | | |
| 61. | | | | | Sold | 12/01/14 | K | B | |
| 62. LRR Energy LP | A | Distribution | | | Buy | 10/13/14 | J | | |
| 63. | | | | | Sold | 12/01/14 | J | A | |
| 64. Memorial Prod LP | A | Distribution | K | T | Buy | 12/01/14 | K | | |
| 65. MidCon Energy LP | A | Distribution | | | Buy | 11/17/14 | K | | |
| 66. | | | | | Sold | 12/15/14 | K | B | |
| 67. New Source Energy LP_ | A | Distribution | K | T | Buy | 04/24/14 | K | | |
| 68. | | | | | Sold | 10/16/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy | 11/17/14 | J | | |
| 70. North European Oil | A | Dividend | K | T | Buy | 02/27/14 | K | | |
| 71. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 72. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 73. Oracle Corp | A | Dividend | K | T | Buy | 09/19/14 | K | | |
| 74. | | | | | Buy | 12/18/14 | K | | |
| 75. QR Energy LP | A | Distribution | | | Buy | 10/14/14 | K | | |
| 76. | | | | | Sold | 11/07/14 | K | A | |
| 77. Questcor Pharmaceuticals Inc | A | Dividend | | | Buy | 03/28/14 | K | | |
| 78. | | | | | Buy (add'l) | 03/31/14 | K | | |
| 79. | | | | | Sold | 04/07/14 | L | C | |
| 80. Rentech Inc | A | Dividend | | | Buy | 05/05/14 | K | | |
| 81. | | | | | Sold | 08/07/14 | K | C | |
| 82. Reynolds American Inc | A | Dividend | K | T | Buy | 07/15/14 | K | | |
| 83. Rolls Royce Holdings | A | Dividend | K | T | Buy | 02/19/14 | K | | |
| 84. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 85. Sandridge Miss | A | Distribution | L | T | Buy | 11/17/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 87. St Joe Co | A | Dividend | K | T | Buy | 06/04/14 | K | | |
| 88. Tarena Intl Inc | A | Dividend | | | Buy | 04/03/14 | K | | |
| 89. | | | | | Sold | 04/03/14 | K | B | |
| 90. TCP Cap | A | Dividend | K | T | Buy | 11/21/14 | K | | |
| 91. Tech Resources LTD | A | Distribution | | | Buy | 07/09/14 | K | | |
| 92. | | | | | Sold | 09/19/14 | K | C | |
| 93. Telecom Italia | A | Dividend | K | T | Buy | 04/09/14 | K | | |
| 94. TRW Automotive HLDS | A | Dividend | K | T | Buy | 08/22/14 | K | | |
| 95. Tubemogul Inc | A | Dividend | | | Buy | 07/18/14 | K | | |
| 96. | | | | | Sold | 07/18/14 | K | C | |
| 97. Vascular Biogenics LTD | A | Dividend | K | T | Buy | 10/30/14 | K | | |
| 98. Washington Prime Group | A | Dividend | K | T | Buy | 09/16/14 | K | | |
| 99. Worthington Inds Inc | A | Dividend | K | T | Buy | 11/20/14 | K | | |
| 100. Yahoo Inc | A | Dividend | | | Buy | 05/08/14 | K | | |
| 101. | | | | | Sold | 06/20/14 | K | B | |
| 102. Hawaiin Elect | A | Dividend | | | Sold | 09/11/14 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Treasury | A | Interest | | | Matured | 11/15/14 | K | A | |
| 104. Met Life Financial | A | Dividend | J | T | | | | | |
| 105. Royal Bank of Scottland | A | Dividend | | | Sold | 07/18/14 | K | A | |
| 106. Met Life | D | Interest | M | T | | | | | |
| 107. FL Envirnomental Bond | A | Interest | K | T | | | | | |
| 108. Wells Fargo Bank Account | A | Int./Div. | M | T | | | | | |
| 109. Enterprise Products Partners LP | A | Dividend | M | T | | | | | |
| 110. Southern Cooper Corp | A | Dividend | | | Sold | 06/04/14 | L | C | |
| 111. Regency Energy Partners | A | Distribution | | | Sold | 01/09/14 | M | D | |
| 112. CVR Partners | B | Distribution | | | Buy (add'l) | 01/07/14 | K | | |
| 113. | | | | | Buy (add'l) | 02/20/14 | K | | |
| 114. | | | | | Sold | 09/22/14 | L | D | |
| 115. Ford Motor Co | A | Dividend | M | T | | | | | |
| 116. New Perspective FD | B | Dividend | M | T | Buy (add'l) | 06/17/14 | K | | |
| 117. Investment Co | B | Dividend | M | T | | | | | |
| 118. AMCAP Fund | A | Dividend | K | T | | | | | |
| 119. International Game Tech | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Western Union | A | Dividend | K | T | | | | | |
| 121. Pitney Bowes | A | Dividend | | | Sold | 11/28/14 | K | A | |
| 122. General Motors | A | Dividend | K | T | | | | | |
| 123. Safe Bulkers Inc | A | Dividend | | | Sold | 02/10/14 | M | B | |
| 124. Alon USA Energy Inc | A | Dividend | | | Sold | 02/27/14 | L | C | |
| 125. Intrepid Potash Inc | B | Dividend | | | Sold | 08/29/14 | L | D | |
| 126. Stone Castle Corp | A | Dividend | K | T | | | | | |
| 127. CVR Refing LP | A | Distribution | M | T | | | | | |
| 128. Navios Maritime Partners LP | A | Distribution | K | T | | | | | |
| 129. Suncoke Energy Partners LP | A | Distribution | | | Sold (part) | 06/11/14 | L | D | |
| 130. | | | | | Sold | 06/12/14 | J | A | |
| 131. China Yuchai Ltd | A | Dividend | | | Sold (part) | 02/28/14 | K | B | |
| 132. | | | | | Sold | 03/06/14 | K | C | |
| 133. MGM Resorts INT | A | Dividend | | | Sold | 05/16/14 | K | D | |
| 134. Capital Products LP | B | Dividend | L | T | Buy (add'l) | 09/03/14 | K | | |
| 135. Seaspan Corp | B | Dividend | | | Sold | 12/18/14 | K | C | |
| 136. General Electric | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ABB LTD | A | Distribution | | | Sold | 06/04/14 | K | B | |
| 138. Rentech Nitrogen LP | A | Distribution | | | Buy (add'l) | 03/05/14 | K | | |
| 139. | | | | | Sold | 05/09/14 | K | A | |
| 140. Cintas Corp | A | Dividend | | | Sold | 02/03/14 | L | C | |
| 141. Coach Inc | A | Dividend | | | Sold | 01/16/14 | K | B | |
| 142. Tata MTRS LTD | A | Dividend | | | Sold | 01/06/14 | K | B | |
| 143. Chicago Rivet & Mach Inc | A | Dividend | J | T | Buy (add'l) | 02/12/14 | J | | |
| 144. | | | | | Buy (add'l) | 05/21/14 | J | | |
| 145. | | | | | Sold (part) | 08/29/14 | J | A | |
| 146. Terra Nitrogen LP | A | Distribution | | | Buy (add'l) | 01/08/14 | K | | |
| 147. | | | | | Sold | 05/28/14 | K | C | |
| 148. Costco Corp | A | Dividend | | | Sold | 03/31/14 | K | C | |
| 149. Freeport-McMoran Copper & Gold | A | Dividend | | | Sold | 04/08/14 | L | C | |
| 150. Martial Trust | | | | | | | | | |
| 151. G T Advanced Tech Inc | A | Dividend | | | Buy | 03/20/14 | K | | |
| 152. | | | | | Buy (add'l) | 05/29/14 | K | | |
| 153. | | | | | Buy (add'l) | 07/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 07/17/14 | M | E | |
| 155. Advisorshares TR | A | Dividend | K | T | Buy | 09/20/14 | L | | |
| 156. Alon USA Energy inc | A | Dividend | L | T | Buy | 10/30/14 | L | | |
| 157. | | | | | Buy (add'l) | 05/29/14 | K | | |
| 158. America Balance Fund | A | Dividend | M | T | Buy | 08/21/14 | L | | |
| 159. | | | | | Buy (add'l) | 10/31/14 | L | | |
| 160. Avon Products, Inc | A | Dividend | | | Buy | 05/29/14 | K | | |
| 161. | | | | | Sold | 10/30/14 | K | A | |
| 162. Banco Santander SA | A | Dividend | | | Buy | 06/17/14 | L | | |
| 163. | | | | | Sold (part) | 10/30/14 | L | C | |
| 164. | | | | | Sold | 12/03/14 | J | A | |
| 165. Bank of America Corp | A | Dividend | | | Buy | 01/29/14 | K | | |
| 166. | | | | | Sold | 04/30/14 | K | A | |
| 167. Bristol Myers Squibb Co | A | Dividend | | | Buy | 06/17/14 | K | | |
| 168. | | | | | Sold | 10/30/14 | K | B | |
| 169. Brunswick Corp | A | Dividend | K | T | Buy | 06/13/14 | K | | |
| 170. Cablevision Systems | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Capital Product Partners | A | Distribution | L | T | Buy | 12/10/14 | K | | |
| 172. | | | | | Buy (add'l) | 12/12/14 | K | | |
| 173. Celgene Corp | A | Dividend | L | T | Buy | 06/19/14 | L | | |
| 174. City Office Reit Inc | A | Dividend | L | T | Buy | 06/24/14 | L | | |
| 175. Compressco Partners LP | A | Distribution | | | Buy | 07/25/14 | L | | |
| 176. | | | | | Sold | 11/28/14 | L | B | |
| 177. Costamare Inc | A | Dividend | | | Buy | 10/22/14 | L | | |
| 178. | | | | | Sold | 12/10/14 | L | C | |
| 179. Covanta Holding Corp | A | Dividend | K | T | | | | | |
| 180. Cummins Inc | A | Dividend | K | T | Buy | 02/24/14 | K | | |
| 181. Devon Energy Corp | A | Dividend | K | T | Buy | 04/08/14 | K | | |
| 182. Emerge Energy SVCS LP | A | Distribution | | | Buy | 10/30/14 | K | | |
| 183. | | | | | Sold | 11/28/14 | K | A | |
| 184. Emerson Elect LTD | A | Distribution | K | T | | | | | |
| 185. EV Energy LP | A | Distribution | | | Buy | 06/17/14 | K | | |
| 186. | | | | | Sold | 09/03/14 | K | C | |
| 187. Fifth Str SR | A | Dividend | L | T | Buy | 08/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 12/17/14 | K | | |
| 189. Glaxosmithkline PLC | A | Distribution | | | Buy | 06/17/14 | K | | |
| 190. | | | | | Buy (add'l) | 07/23/14 | K | | |
| 191. | | | | | Sold | 10/09/14 | K | A | |
| 192. Growth America Fund | A | Dividend | M | T | Buy | 08/14/14 | L | | |
| 193. | | | | | Buy (add'l) | 10/31/14 | L | | |
| 194. Hunt JB Trans Svcs Inc | A | Dividend | L | T | Buy | 10/28/14 | K | | |
| 195. | | | | | Buy (add'l) | 12/23/14 | K | | |
| 196. Interpublic Grp Co | A | Dividend | K | T | Buy | 05/09/14 | K | | |
| 197. Investment C America | A | Dividend | M | T | Buy | 10/31/14 | M | | |
| 198. Jet Blue Corp | A | Dividend | L | T | Buy | 04/01/14 | J | | |
| 199. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 200. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 201. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 202. | | | | | Sold (part) | 04/10/14 | K | A | |
| 203. Los Vegas Sands Corp | A | Dividend | | | Buy | 04/25/14 | K | | |
| 204. | | | | | Sold | 08/29/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  LRR Energy LP | A | Distribution | | | Buy | 07/24/14 | K | | |
| 206. | | | | | Buy (add'l) | 08/22/14 | K | | |
| 207. | | | | | Sold | 12/01/14 | K | A | |
| 208.  Marketo Inc | A | Dividend | | | Sold | 03/11/14 | K | A | |
| 209.  Macquarie Infrastr CO | A | Dividend | | | Buy | 07/10/14 | L | | |
| 210. | | | | | Buy (add'l) | 07/15/14 | K | | |
| 211. | | | | | Sold | 07/30/14 | M | D | |
| 212.  Mosaic Company | A | Dividend | K | T | | | | | |
| 213.  Navos Maritime Acquis | A | Dividend | K | T | Buy | 06/25/14 | K | | |
| 214.  Nestle S A | A | Dividend | K | T | | | | | |
| 215.  Nextera Energy | A | Dividend | | | Buy | 06/23/14 | L | | |
| 216. | | | | | Sold | 12/15/14 | L | B | |
| 217.  Northern European Oil RTY | A | Dividend | | | Buy | 06/17/14 | K | | |
| 218. | | | | | Buy (add'l) | 07/14/14 | K | | |
| 219. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 220. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 221. | | | | | Sold | 10/30/14 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Oshkosh Corp | A | Dividend | K | T | Buy | 08/14/14 | K | | |
| 223. Pepsico Inc | A | Dividend | L | T | Buy | 01/16/14 | L | | |
| 224. Pfizer Inc | A | Dividend | L | T | Buy | 06/17/14 | L | | |
| 225. Plains All American Pipeline | A | Distribution | M | T | | | | | |
| 226. Potash Corp | A | Dividend | | | Buy | 06/17/14 | K | | |
| 227. | | | | | Sold | 09/09/14 | K | B | |
| 228. Rayonier Inc | A | Dividend | | | Buy | 06/17/14 | L | | |
| 229. | | | | | Buy (add'l) | 06/30/14 | K | | |
| 230. | | | | | Sold | 07/01/14 | K | C | |
| 231. Rentech Nitrogen | A | Dividend | | | Buy | 07/07/14 | K | | |
| 232. | | | | | Sold | 09/02/14 | K | | |
| 233. Rolls Royce Holdings | A | Dividend | J | T | | | | | |
| 234. Sandridge Miss | A | Distribution | K | T | Buy | 12/10/14 | K | | |
| 235. Scorpio tankers Inc | A | Dividend | K | T | Buy | 08/29/14 | K | | |
| 236. Service Now Inc | A | Dividend | K | T | Buy | 12/19/14 | K | | |
| 237. Steel Case Inc | A | Dividend | K | T | Buy | 08/05/14 | K | | |
| 238. TCP Cap Corp | A | Dividend | K | T | Buy | 07/29/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Transcanada Corp | A | Dividend | K | T | Buy | 10/24/14 | K | | |
| 240. Trinity Industries | A | Dividend | K | T | Buy | 10/28/14 | K | | |
| 241. | | | | | Buy (add'l) | 10/31/14 | K | | |
| 242. Unilever PLC | A | Distribution | K | T | Buy | 10/30/14 | K | | |
| 243. United Bank Shares | A | Dividend | L | T | | | | | |
| 244. United Parcel Service | A | Dividend | K | T | Buy | 10/27/14 | K | | |
| 245. U S Silica Hlds Inc | A | Dividend | K | T | Buy | 12/03/14 | K | | |
| 246. Wash Mutl Invs Fund | A | Dividend | M | T | Buy | 10/31/14 | M | | |
| 247. Zoetis Inc | A | Dividend | K | T | Buy | 08/21/14 | K | | |
| 248. Stonecastle Finl Corp | A | Dividend | L | T | Buy | 06/17/14 | L | | |
| 249. | | | | | Sold (part) | 10/30/14 | L | C | |
| 250. | | | | | Buy (add'l) | 11/04/14 | K | | |
| 251. | | | | | Buy (add'l) | 12/03/14 | K | | |
| 252. | | | | | Buy (add'l) | 12/19/14 | K | | |
| 253. Symantec Corp | A | Dividend | L | T | Buy | 07/21/14 | K | | |
| 254. | | | | | | | | | |
| 255. Searcy Denny Defined Contribution Pension Plan Adminis by John Hancock | B | Distribution | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Alcatel-Lucent (X) | A | Dividend | J | T | | | | | |
| 257. Biolase Inc(X) | A | Dividend | J | T | | | | | |
| 258. Cheniere Energy INC(X) | A | Dividend | K | T | | | | | |
| 259. CitiGroup(X) | A | Dividend | J | T | | | | | |
| 260. Ford Motor Company(X) | A | Dividend | J | T | | | | | |
| 261. General Elect(X) | A | Dividend | K | T | | | | | |
| 262. Harley Davidson Inc(X) | A | Dividend | J | T | | | | | |
| 263. JDS Uniphase Corp(X) | A | Dividend | J | T | | | | | |
| 264. Mallinckrodt PLC(X) | A | Dividend | L | T | | | | | |
| 265. Micron Tech Inc(X) | A | Dividend | K | T | | | | | |
| 266. Monster Beverage Corp(X) | A | Dividend | L | T | | | | | |
| 267. Sprint Corp(X) | A | Dividend | J | T | | | | | |
| 268. Zynga Inc(X) | A | Dividend | J | T | | | | | |
| 269. Trust #3 | | | | | | | | | |
| 270. CA Res Corp | A | Dividend | J | T | Spinoff (from line 295) | 11/30/14 | J | | |
| 271. Oppenheimer Development | A | Dividend | L | T | | | | | |
| 272. Boeing CO | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Amer Mutual Fd | A | Dividend | M | T | | | | | |
| 274. AMCAP Fund | A | Dividend | M | T | | | | | |
| 275. Investment Co | A | Dividend | K | T | | | | | |
| 276. Amer Balanced Fund | A | Dividend | M | T | | | | | |
| 277. Pitney Bowes | A | Dividend | | | Sold | 11/26/14 | K | A | |
| 278. Zoetis Inc | A | Dividend | K | T | | | | | |
| 279. Abbott Laboratories | A | Dividend | J | T | | | | | |
| 280. Abbvie Inc | A | Dividend | J | T | | | | | |
| 281. Amgen, Inc | A | Dividend | J | T | | | | | |
| 282. Bristol Myers Squib Co | A | Dividend | | | Sold | 06/04/14 | K | A | |
| 283. Caterpillar, Inc | A | Dividend | K | T | | | | | |
| 284. CBS Corp | A | Dividend | J | T | | | | | |
| 285. Comcast Corp | A | Dividend | J | T | | | | | |
| 286. Disney Walt Co | B | Dividend | M | T | | | | | |
| 287. Exxon Mobil Corp | A | Dividend | L | T | | | | | |
| 288. Franklin Strategic FD | A | Dividend | K | T | | | | | |
| 289. Genernal Motors | A | Dividend | K | T | Buy | 06/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. International Paper Co | A | Dividend | J | T | | | | | |
| 291. J P Morgan | A | Dividend | K | T | | | | | |
| 292. Medtronic Inc | A | Dividend | J | T | | | | | |
| 293. Microsoft Corp | A | Dividend | L | T | | | | | |
| 294. NCR Corp | A | Dividend | J | T | | | | | |
| 295. Occidental Pete Corp | A | Dividend | L | T | | | | | |
| 296. OGE Energy Corp | A | Dividend | J | T | | | | | |
| 297. Oracle Corp | A | Dividend | K | T | | | | | |
| 298. Pepsico Inc | A | Dividend | K | T | | | | | |
| 299. Pfizer Inc | A | Dividend | K | T | | | | | |
| 300. Legg Mason Partners | A | Dividend | J | T | | | | | |
| 301. Trust # 4 | | | | | | | | | |
| 302. CA Res Corp | A | Dividend | J | T | Spinoff (from line 326) | 11/30/14 | J | | |
| 303. Oppenheimer Development | A | Dividend | L | T | | | | | |
| 304. Boeing Co | A | Dividend | K | T | | | | | |
| 305. Amer Mutual Fd | A | Dividend | M | T | | | | | |
| 306. AMCAP Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Investment Co | A | Dividend | K | T | | | | | |
| 308. Amer Balance Fund | A | Dividend | M | T | | | | | |
| 309. Pitney Bowes | A | Dividend | | | Sold | 11/28/14 | K | A | |
| 310. Zoetis Inc | A | Dividend | K | T | | | | | |
| 311. Abbott laboratories | A | Dividend | J | T | | | | | |
| 312. Abbvie Inc | A | Dividend | J | T | | | | | |
| 313. Amgen Inc | A | Dividend | J | T | | | | | |
| 314. Bristol Myers Squib Co | A | Dividend | | | Sold | 06/04/14 | K | A | |
| 315. Caterpillar Inc | A | Dividend | K | T | | | | | |
| 316. CBS Corp | A | Dividend | J | T | | | | | |
| 317. Comcast Corp | A | Dividend | J | T | | | | | |
| 318. Disney Walt Co | B | Dividend | M | T | | | | | |
| 319. Exxon Mobil Co | A | Dividend | L | T | | | | | |
| 320. General Motors | A | Dividend | K | T | Buy | 06/04/14 | K | | |
| 321. International Paper Co | A | Dividend | J | T | | | | | |
| 322. J P Morgn | A | Dividend | J | T | | | | | |
| 323. Medtronic Inc | A | Dividend | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Microsoft Corp | A | Dividend | L | T | | | | | |
| 325. NCR Corp | A | Dividend | J | T | | | | | |
| 326. Occidental Pete Corp | A | Dividend | L | T | | | | | |
| 327. OGE Energy Corp | A | Dividend | J | T | | | | | |
| 328. Oracle Corp | A | Dividend | K | T | | | | | |
| 329. Pepsico Inc | A | Dividend | K | T | | | | | |
| 330. Pfizer Inc | A | Dividend | K | T | | | | | |
| 331. Franklin Strategic | A | Dividend | K | T | | | | | |
| 332. Legg Mason Partners | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trusts 1 and 2 have no assets.

Please note that the notations on lines 150, 254, 269 &301 are merely to make it easier to ascertain which assets are owned by what entity.

Please note that the investment listed on line 255 is a Defined Contribution Pension Plan which vested on January 2, 2014. It is administered by John Hancock. It is not a self-directed plan. We can only select a general investment strategy for the plan. Fifty percent is invested in a growth fund and 50% is invested in an income and growth fund.

[        ] inherited lines 256 to 268 from [        ], who passed away on 11/13/2013. The stocks were transferred into [        ] name on or about January 2, 2014.

I inadvertently listed Pace Portfolio in my 2013 report on line 181 in Part VII. I have no record of owning this asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Hyman, Paul G. | 08/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul G. Hyman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544